# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

## UNITED STATES v. LAQUAN REED

### PETITION
### FOR
### WRIT OF HABEAS CORPUS

1. Laquan Reed, DOB 04/20/89, FBI# 8144CC1, is now confined at Northern State Prison.
2. Said individual will be required at Newark, New Jersey, at the United States District Court before the Honorable Susan D. Wigenton, U.S. District Judge, on Monday, January 6, 2014 at 11:00 a.m., for arraignment for the above-captioned matter. A Writ of Habeas Corpus should issue for that purpose.

DATED:	December 24, 2013	/S/ MICHAEL H. ROBERTSON
	Michael H. Robertson
	Assistant U.S. Attorney
	Petitioner

## ORDER

Let the Writ
Issue

DATED: December 26, 2013	Hon. Susan D. Wigenton
	United States District Judge

## WRIT OF HABEAS CORPUS

The United States of America to Warden of the Northern State Prison, WE COMMAND YOU that you have the body of

Laquan Reed, DOB 04/20/89, FBI# 8144CC1

now confined at Northern State Prison, be brought to the United States District Court, before the Honorable Hon. Susan D. Wigenton, U.S.D.J., in Newark, NJ on Monday, January 6, 2014 at 11:00 a.m., so that he may appear for appointment of counsel for the above-captioned matter. Immediately upon completion of the proceedings, defendant will be returned to said place of confinement in safe and secure conduct.

WITNESS the Honorable Hon. Susan D. Wigenton
	United States District Judge
	Newark, New Jersey.

DATED: December 26, 2013	WILLIAM T. WALSH
	Clerk of the U.S. District Court
	for the District of New Jersey
	Per: _____
	Deputy Clerk