UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Susan D. Wigenton |
| | : | |
| v. | : | Crim. No. 13-787 (SDW) |
| | : | |
| LAQUAN REED, | : | |
| a/k/a "Drama" | : | O R D E R |

This matter having come before the Court on the application of Paul J. Fishman, United States Attorney for the District of New Jersey (by Michael H. Robertson, Assistant U.S. Attorney), in the presence of James Patton, Esq., attorney for defendant Laquan Reed, a/k/a "Drama" (DOB 04/20/1989) for an order directing the U.S. Marshal's to maintain custody of defendant Laquan Reed pursuant to the Interstate Agreement on Detainers Act ("IADA"), 18 United States Code, Appendix 2 pending the resolution of the trial; and the defendant having reserved his right to bring on short notice an application to revisit his detention with the U.S. Marshal's; and for good cause shown,

IT IS on this 7th day of August 2014,

ORDERED that the defendant Laquan Reed (DOB 04/20/1989, SBI# 000907037C) is hereby committed to the custody of the U.S. Marshal's Service pending the resolution of trial; and it is further

ORDERED that the defendant reserves his right to bring forth on short notice an application to revisit his detention with the U.S. Marshal's.

_____
HONORABLE SUSAN D. WIGENTON
United States District Judge